IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SCOTT BABIAK, individually and on behalf of all others similarly situated, ) ) ) ) *Plaintiff*, ) ) v. ) ) MIZUHO BANK, LTD., ) ) *Defendant*. ) | Case No. 1:18-cv-352 |

### ORDER

This matter comes before the Court on Defendant's Motion to Dismiss. Dkt. 9. For the reasons set forth in the accompanying memorandum opinion, the Court **GRANTS** the Motion to Dismiss. The Complaint is **DISMISSED WITH PREJUDICE.** The Clerk is directed to enter final judgment in favor of the Defendant pursuant to Federal Rule of Civil Procedure 58.

It is **SO ORDERED.**

September 17, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge