# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Scott Babiak, individually and on behalf of all others similarly situated, <br>     Plaintiff, <br><br> v. <br><br><br> Mizuho Bank, Ltd., <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:18-cv-352-LO/JFA <br> ) <br> ) <br> ) <br> ) <br> ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on September 17, 2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant and against the Plaintiff.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
        Deisy Estevez
        Deputy Clerk

Dated: 9/18/2018
Alexandria, Virginia